# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00157 JSW |
| vs. ) | |
| CARLOS ALEJANDRO GARZA- ) | |
| LOPEZ ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _September 29, 2005_ be continued until _November 17, 2005_ at _2:30 p.m._

Date: SEP 2 2 2005

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04