**Robert D. Byers Bar No. 159871**
Byers & Warrick
1999 Harrison Street, Suite 2010
Oakland, California 94612
Tel No. (510) 465-4000

Attorney for *Defendant for Carlos Alex Garza-Lopez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARLOS ALEX GARZA-LOPEZ,<br>    Defendant. | SAN FRANCISCO VENUE<br><br>CR-05-00157 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING |

    Defendant Carlos Alex Garza-Lopez, by and through his counsel of record Robert D. Byers, plaintiff United States of America, by and through its counsel of record Thomas Mazzucco, and United States Probation Officer Lynne Richards hereby stipulate and request that the defendant's sentencing date of November 17, 2005 be continued until January 19, 2006.  This continuance will assist Robert D. Byers in preparing a motion for downward departure.

    Respectfully submitted,

Dated: 11 – 14- 05                                                        //s//
                                                                   ROBERT D. BYERS
                                                                   Attorney for Alex Carlos Garza-Lopez

Dated: 11 – 14- 05                                                       //s//
                                                                   THOMAS MAZZUCCO
                                                                   Assistant United States Attorney

Dated: 11 – 14- 05                                                       //s//
                                                                   LYNNE RICHARDS
                                                                   United States Probation Officer

STIPULATION & [PROPOSED] ORDER CONTINUING SENTENCING HEARING (CR-05-00157 JSW)

Upon stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the defendant's sentencing date be continued from November 17, 2005, to January 19, 2006.

Dated: November 15, 2005

_____
HONORABLE JEFFREY S. WHITE
United States District Judge