Case 3:05-cr-00157-JSW   Document 22   Filed 01/18/2006   Page 1 of 2



1   **Robert D. Byers Bar No. 159871**
    Byers & Warrick
2   1999 Harrison Street, Suite 2010
    Oakland, California 94612
3   Tel No. (510) 465-4000

4   Attorney for *Defendant for Carlos Alex Garza-Lopez*

5   **IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA**

6

7   UNITED STATES OF AMERICA,           SAN FRANCISCO VENUE

                Plaintiff,              CR-05-00157 JSW
8

        vs.                            STIPULATION AND [PROPOSED] ORDER FOR
9                                       CONTINUANCE OF SENTENCING

    CARLOS ALEX GARZA-LOPEZ,
10              Defendant.

11

12          Defendant Carlos Alex Garza-Lopez, by and through his counsel of record Robert D. Byers and

13  plaintiff United States of America, by and through its counsel of record Nahla Rajan, hereby stipulate

14  and request that the Court enter and Order that defendant's sentencing hearing date of January 19, 2006

15  be continued until February 9, 2006.

16          The parties believe that good cause exists for continuing the hearing, which has been continued

17  twice before.  The first continuance occurred when probation needed more time to write the probation

18  report after the U.S. Attorney's office did not initially send the proper documents to the probation

19  officer.  The second continuance was asked for by Mr. Byers because he needed more time to write the

20  motion for downward departure. The present continuance is also requested by Mr. Byers, as he needs

21  more time to file the motion for downward departure.  A partner in Mr. Byers' firm, attorney Douglas

22  Warrick, was sent out to trial on January 9, 2006 on a rape case in Oakland, California.  As a result of

23  Mr. Warrick's defense of his client at trial, Mr. Byers has had (and continues) to make all of Mr.

24  Warrick's court appearances as well as his own court appearances.  Mr. Byers and Mr. Warrick

25

1

STIPULATION & [PROPOSED] ORDER CONTINUING SENTENCING HEARING (CR-05-00157 JSW)

Case 3:05-cr-00157-JSW   Document 22   Filed 01/18/2006   Page 2 of 2

1    anticipate that the Oakland trial should end by early February, and thus continuing the hearing in the

2    instant case will allow Mr. Byers the time to complete the downward departure motion.

3                                                      Respectfully submitted,

4
     Dated: January 18, 2006                           _____
5                                                      ROBERT D. BYERS
                                                       Attorney for Alex Carlos Garza-Lopez
6

7    Dated: January 18, 2006                           _____
                                                       NAHLA RAJAN
8                                                      Assistant United States Attorney

9

10         Upon stipulation of the parties and for good cause shown,

11         **IT IS HEREBY ORDERED** that the defendant's sentencing date be continued from January 19,

12   2006 until February 9, 2006.

13

14   Dated:   **JAN 1 8 2006**

15
                                                       _____
16                                                     HONORABLE JEFFREY S. WHITE
                                                       United States District Judge
17

18

19

20

21

22

23

24

25

STIPULATION & [PROPOSED] ORDER CONTINUING SENTENCING HEARING (CR-05-00157 JSW)